UNITED STATES of America,
Plaintiff—Appellee,

v.

Kevin Scott MILLER, Defendant—
Appellant.

No. 06–3865.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 27, 2008.

Filed: May 30, 2008.

Keith D. Sorrell, U.S. Attorney's Office, Cape Girardeau, MO, for Plaintiff–Appellee.

Jeffrey J. Rosanswank, Federal Public Defender's Office, Cape Girardeau, MO, for Defendant–Appellant.

Before BYE, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

The United States Supreme Court granted certiorari in this case, vacated the judgment, and remanded the case to our court for further proceedings. We now vacate the opinion and judgment we entered in this case and remand to the district court for resentencing in light of the United States Supreme Court decision in *Begay v. United States*, —— U.S. ——, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008).